# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:23-CV-00714-MOC-SCR

| | |
|---|---|
| **DEBORAH ELLIS,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )   **ORDER** |
| **SANOFI-AVENTIS U.S. LLC, et. al.,** | ) |
| | ) |
|       **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Micah Hobbs]" (Doc. No. 11) filed November 6, 2023. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: November 6, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge